Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 1 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:21-cr-06028-MKD-6 |
| Plaintiff, | Motion To Seal Indictment |
| v. | |
| OSVALDO MORENO, | |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

Dated: March 1, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1